```
1  FRANK MICHAEL CRUZ
   Chief Probation Officer
2  JOHN W. SAN NICOLAS II
   U.S. Probation Officer
3  2nd Floor, U.S. Courthouse
   520 West Soledad Avenue
4  Hagåtña, Guam 96910
   Telephone:  (671) 473-9201
5  Facsimile:  (671) 473-9202
```

FILED
DISTRICT COURT OF GUAM
MAY -1 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 00-00140 |
| Plaintiff, ) | |
| vs. ) | |
| STEPHEN P. ROBERTO, ) | ORDER |
| Defendant. ) | |

Upon request of the U.S. Probation Office, the Clerk of Court is directed to issue a summons for Stephen P. Roberto to appear for a hearing on May 22, 2006, at 9:00 a.m., before the Honorable Morrison C. England, United States District Judge for the Eastern District of California, to assess the need to continue to be placed on unsupervised release.

SO ORDERED this 1st day of May 2006.

JOAQUIN V.E. MANIBUSAN, JR.
United States Magistrate Judge

**ORIGINAL**