AO83 (Rev. 10/03) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ GUAM _____

| UNITED STATES OF AMERICA | SUMMONS IN A CRIMINAL CASE |
| --- | --- |
| V. | |
| STEPHEN P. ROBERTO | Case Number: CR-00-00140 |
| (Name and Address of Defendant) | |

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
| --- | --- |
| **District Court of Guam** <br> **4th Floor, U.S. Courthouse** <br> **520 West Soledad Avenue** | 413 |
| | Date and Time |
| Before: **HONORABLE MORRISON C. ENGLAND** | **Monday, May 22, 2006 at 9:00 a.m.** |

To answer a(n)
☐ Indictment ☐ Information ☐ Complaint ☐ Probation Violation Petition ☒ Unsupervised Release Petition ☐ Violation Notice

Charging you with a violation of Title ___ 18 ___ United States Code, Section(s) ___ 3583 ___

Brief description of offense:

HEARING TO ASSESS THE NEED TO CONTINUE TO BE PLACED UNDER SUPERVISED RELEASE
(See attached Stipulation to Assess Unsupervised Release Status)

**FILED**
DISTRICT COURT OF GUAM
MAY 10 2006
MARY L.M. MORAN
CLERK OF COURT

ORIGINAL

MARILYN B. ALCON, Deputy Clerk
Name and Title of Issuing Officer

_[signature: Marilyn B. Alcon]_
Signature of Issuing Officer

**May 1, 2006**
Date

AO83 (Rev. 10/03) Summons in a Criminal Case

# RETURN OF SERVICE

Service was made by me on:[1]      Date   5/10/06

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant at:

Tumon, Guam

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on   5/10/06
             Date

Name of United States Marshal

(by) Deputy United States Marshal

Remarks:

ORIGINAL

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.