(ryu)

HOWARD TRAPP INCORPORATED
200 Saylor Building
139 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone (671) 477-7000

Attorney for defendant

**FILED**
DISTRICT COURT OF GUAM
MAY 15 2006
MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

---

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ( | Criminal Case No. 00-00140 |
| Plaintiff, | ( | STIPULATION |
| vs. | ( | |
| STEPHEN PANGELINAN ROBERTO, | ( | |
| Defendant. | ( | |

---

It is stipulated that the hearing to assess the need for defendant to continue to be placed on unsupervised release, heretofore set for May 22, 2006, be postponed and continued for at least three days.

The reason for this stipulation is that defendant is scheduled to be off-island from May 18 to 23, 2006, for the purpose of representing Guam at the Second Annual Panasian Invitational Jiujitsu Tournament in Manila, Republic of the Philippines.

Defendant has been given permission to make this trip, for this purpose, by Immigration and Customs Enforcement Special Agent John S.A. Duenas. (Special Agent Duenas once gave defendant permission to travel to Japan, and defendant returned from Japan without incident.) Defendant planned the current trip, and Special Agent Duenas gave his permission therefor, before the May 22, 2006 hearing was scheduled.

**ORIGINAL**

(STIPULATION)
Criminal Case No. 00-00140

United States Probation Officer John W. San Nicolas II has no objection hereto.

Dated at Hagåtña, Guam, this 15th day of May, 2006.

_____
KARON V. JOHNSON
ASSISTANT U.S. ATTORNEY
Attorney for plaintiff

_____
HOWARD TRAPP
HOWARD TRAPP INCORPORATED
Attorney for defendant

(STIPS\SRoberto)

2