ORIGINAL

(ryu)

HOWARD TRAPP INCORPORATED
200 Saylor Building
139 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone (671) 477-7000

Attorney for defendant

**FILED**
DISTRICT COURT OF GUAM
MAY 16 2006
MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

-------------

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ( | Criminal Case No. 00-00140 |
| Plaintiff, | ( | ORDER |
| vs. | ( | |
| STEPHEN PANGELINAN ROBERTO, | ( | |
| Defendant. | ( | |

-------------

The parties having stipulated hereto, and the Court being fully advised,

IT IS ORDERED that the hearing to assess the need for defendant to continue to be placed on unsupervised release, heretofore set for May 22, 2006, be continued to June 5, 2006, at 9:30 a.M.

Dated at Hagåtña, Guam, this 16th day of May, 2006.

JOHN C. COUGHENOUR*
District Judge

---

*The Honorable John C. Coughenour, United States District Judge for the Western District of Washington, by designation.