DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES - GENERAL



FILED
DISTRICT COURT OF GUAM
JUN -5 2006
MARY L.M. MORAN
CLERK OF COURT

CASE NO. 00-000140                        DATE: June 5, 2006

HON. JOHN A. HOUSTON, Designated Judge, Presiding        Law Clerk: None present
Court Reporter: Wanda Miles                              Courtroom Deputy: Leilani Toves Hernandez
Hearing Electronically Recorded - RUN TIME: 9:30:18 - 9:34:31   CSO: B. Pereda

************************** A P P E A R A N C E S **************************

DEFT: STEPHEN PANGELINAN ROBERTO           ATTY: HOWARD TRAPP
( X ) PRESENT ( ) CUSTODY ( ) BOND ( X ) P.R.   ( X ) PRESENT ( X ) RETAINED ( ) FPD ( ) CJA APPOINTED

U.S. ATTORNEY: KARON JOHNSON               AGENT:

U.S. PROBATION: GRACE FLORES               U.S. MARSHAL:

PROCEEDINGS:       MOTION TO ASSESS UNSUPERVISED RELEASE

( X ) MOTION(s) ARGUED BY   ( X ) GOVERNMENT    ( ) DEFENDANT(s)
( X ) MOTION(s)  _X_ Granted ____Denied ___Withdrawn ____Under Advisement
( ) ORDER SUBMITTED    ____Approved    ____Disapproved
( ) ORDER to prepared By:_____
( ) PROCEEDINGS CONTINUED TO: _____ at _____

NOTES:
The Court heard argument from the Government regarding their Rule 35 Motion.

Defense had no opposition to the Government's motion. In addition, he re-iterated the defendant's cooperation and substantial assistance and stated that the U.S. Probation Office had requested for the defendant's unsupervised release to be converted to supervised release, and he had no objection to that either. Defense requested that the home confinement condition be removed.

The Court Granted the Government's Rule 35 Motion and sentenced the defendant to a term of four years supervised release, to include the standard conditions set forth by the U.S. Probation Office and special conditions as stated. In addition, the condition of home confinement, which was originally imposed, was eliminated from the sentence (see page 2).

CRIMINAL CASE: CR-00-00140          DEFENDANT: STEPHEN PANGELINAN ROBERTO

DEFENDANT SENTENCED TO <u>FOUR YEARS</u> SUPERVISED RELEASE, TO INCLUDE THE FOLLOWING CONDITIONS:

1. DEFENDANT SHALL OBEY ALL FEDERAL, STATE AND LOCAL LAWS.

2. DEFENDANT SHALL NOT POSSESS A FIREARM OR OTHER DANGEROUS WEAPON.

3. DEFENDANT SHALL NOT USE OR POSSESS ILLEGAL CONTROLLED SUBSTANCES AND SHALL SUBMIT TO ONE URINALYSIS WITHIN 15 DAYS AFTER RELEASE FROM IMPRISONMENT AND TO TWO MORE URINALYSIS THEREAFTER.

4. DEFENDANT SHALL COMPLY WITH THE STANDARD CONDITIONS OF SUPERVISED RELEASE AS SET FORTH BY THE U.S. PROBATION OFFICE.

5. DEFENDANT SHALL REFRAIN FROM THE USE OF ANY AND ALL ALCOHOLIC BEVERAGES.

6. DEFENDANT SHALL PARTICIPATE IN A PROGRAM APPROVED BY THE U.S. PROBATION OFFICE FOR THE TREATMENT OF NARCOTIC ADDICTION OR DRUG OR ALCOHOL DEPENDENCY WHICH WILL INCLUDE TESTING FOR THE DETECTION OF SUBSTANCE USE OR ABUSE. THE DEFENDANT SHALL ALSO MAKE CO-PAYMENT FOR TREATMENT AT A RATE TO BE DETERMINED BY THE U.S. PROBATION OFFICE.

7. DEFENDANT SHALL MAINTAIN GAINFUL EMPLOYMENT.