PROB 12A
(7/93)



*United States District Court*

for

*District of Guam*

**Report on Offender Under Supervision**

Name of Offender: **Stephen P. Roberto**  Case Number: **CR 00-00140-001**

Name of Sentencing Judicial  Honorable Dean R. Pregerson

Date of Original Sentence:  May 27, 2004

Original Offense:  Manufacture of Marijuana, in violation of 21 U.S.C. § 841(a)(1).

Original Sentence:  One month imprisonment with credit for time served followed by a four year term of supervised release with conditions that he: not commit another federal, state, or local crime; not unlawfully possess a controlled substance; refrain from any unlawful use of a controlled substance; submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter; not possess a firearm, ammunition, destructive device, or any other dangerous weapon; comply with the standard conditions of supervision; serve five months of home confinement; refrain from the use of any and all alcoholic beverages; participate in a program approved by the U.S. Probation Office for the treatment of narcotic addiction or drug or alcohol dependency which will include testing for the detection of substance use or abuse; maintain gainful employment; pay a $100 special assessment fee; and pay a $4,000 fine. On June 10, 2004, conditions were modified to allow the defendant to enter into an agreement to act as an informer and/or special agent of the United States Immigration and Customs Enforcement and/or the Internal Revenue Service. On February 17, 2005, conditions were modified to include that the defendant be placed on unsupervised release from U.S. Probation and be authorized to travel between Guam and Los Angeles, California, only under the direction of Immigration and Customs Enforcement Agent John Duenas or Robert Robertson or any other designated agent of Immigration and Customs Enforcement and while in Los Angeles, the defendant is to maintain contact with a designated agent of the U.S. Immigration and Customs Enforcement as directed by Agent's Duenas or Robertson and that the defendant will immediately return to Guam when so directed.

Type of Supervision:  Supervised release  Date Supervision Commenced: May 27, 2004

**NONCOMPLIANCE SUMMARY**

<u>Violation Number</u>  <u>Nature of Noncompliance</u>

Mr. Roberto has been ordered to participate in a substance abuse program approved by the U.S. Probation Office. An assessment conducted by the undersigned probation officer concludes that substance abuse treatment is not needed at this time. The Texas Christian University Drug Screen was completed and Mr. Roberto scored a zero (0) confirming there is no need for treatment at this time. Mr. Roberto will continue to be monitored through drug tests and will be referred for treatment if needed. It is respectfully recommended that the special condition requiring treatment be suspended.

Reviewed by:

ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader
Date: 6/9/06

Respectfully submitted,

by: GRACE D. FLORES
U.S. Probation Officer

Date: June 9, 2006

*No Response is necessary unless the court directs that additional action be taken as follows:*

☐ Submit a Request for Modifying the Condition of Term of Supervision

☐ Submit a Request for Warrant or Summons

☑ Other   No action to be taken.

RECEIVED
JUN 12 2006
DISTRICT COURT OF GUAM
HAGATNA, GUAM

Signature of Judicial Officer
John A. Houston, Designated Judge
6-14-2006
Date