FILED

DISTRICT COURT OF GUAM

JUL 11 2006

MARY L.M. MORAN
CLERK OF COURT

**UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF GUAM**

| | | |
|---|---|---|
| United States of America,<br>　　　　Plaintiff, | )<br>)<br>) | CRIMINAL CASE NO. 00-00140-001 |
| 　　　　vs. | )<br>) | **TRAVEL REQUEST** |
| STEPHEN P. ROBERTO,<br>　　　　Defendant. | )<br>)<br>)<br>) | |
| _____ | ) | |

　　　　On May 27, 2004, Stephen P. Roberto was sentenced by the Honorable Dean D. Pregerson for Manufacture of Marijuana, in violation of 21 U.S.C. § 841(a)(1). He received a one month term of imprisonment, with credit for time served, followed by a four year term of supervised release with conditions that he: not commit another federal, state, or local crime; not unlawfully possess a controlled substance; refrain from any unlawful use of a controlled substance; shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter; not possess a firearm, ammunition, destructive device, or any other dangerous weapon; comply with the standard conditions of supervision; serve five months of home confinement; refrain from the use of any and all alcoholic beverages; participate in a program approved by the U.S. Probation Office for the treatment of narcotic addiction or drug or alcohol dependency which will include testing for the detection of substance use or abuse; maintain gainful employment; pay a $100 special assessment fee; and pay a $4,000 fine.

　　　　On May 27, 2004, Mr. Roberto began his term of supervised release. On February 18, 2005, conditions were modified to permit Mr. Roberto to cooperate with authorities and stayed the supervision by the U.S. Probation Office. On June 5, 2006, the Court reinstated Mr. Roberto's supervision by the U.S. Probation Office, and removed the condition that he serve five months home confinement.

　　　　On July 3, 2006, Mr. Roberto submitted a travel request to participate in the 2006 All Japan Brazilian Jiu-jitsu Championships and conference in Japan. His requested travel dates are from August 9, 2006 to August 17, 2006. According to Mr. Roberto, participating in the tournament and conference will add to his credibility as a professional mixed martial arts fighter and instructor.

ORIGINAL

**Supervision Compliance:** Mr. Roberto is gainfully employed as a co-owner of the Purebred Shooto Gym.  All drug tests conducted since resuming supervised release on June 5, 2006 have been negative.  He paid his $100 special assessment fee on May 27, 2004, and $4,000 fine on June 9, 2004.

**Recommendation:**    In light of Mr. Roberto's present compliance status with his supervised release conditions, this Officer supports the request to travel and seeks Court approval.

Executed this _10th_ day of July 2006 at Hagatna, Guam.

Respectfully submitted,

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

By: _____
ROBERT I. CARREON
U.S. Probation Officer

Reviewed by:

_____
ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

cc:    File