| PROB 37 (Rev. 7/71) | UNITED STATES DISTRICT COURT FEDERAL PROBATION SYSTEM<br><br>**PERMISSION TO TRAVEL** | ADDRESS OF PROBATION OFFICE<br><br>U.S. PROBATION OFFICE<br>2nd Floor, U.S. Courthouse<br>520 West Soledad Avenue<br>Hagatna, Guam 96910 |
|---|---|---|

Stephen P. Roberto
USDC Cr. Cs. No. 00-00140-001
SSN: XX-XXX-8853
DOB: XX-XX-1974
HT: 5'11" / WT: 195 lbs.



DATE  July 10, 2006

YOU ARE AUTHORIZED TO TRAVEL TO  Japan

LEAVING  August 9, 2006  AND RETURNING  August 17, 2006

WITHIN 24 HOURS AFTER YOUR RETURN YOU WILL CONTACT THIS OFFICE.

PURPOSE OF THIS TRIP:

Represent Guam in a martial arts tournament and conference.

**FILED**
DISTRICT COURT OF GUAM
JUL 17 2006
MARY L.M. MORAN
CLERK OF COURT

SPECIAL INSTRUCTIONS: (INCLUDE REQUIREMENT OF CRIMINAL REGISTRATION ORDINANCES IN TRAVEL AREA. ALSO INCLUDE INSTRUCTIONS FOR REPORTING IN DESTINATION DISTRICT.)

1. Upon your arrival on Guam and on the first working day available, report in person to the U.S. District Court of Guam to check-in with the U.S. Probation Office. Urinalysis will be conducted.

2. Immediately report any change in your travel plans to the U.S. Probation Office.

COPY MAILED TO CHIEF PROBATION OFFICER IN
DISTRICT OF DESTINATION:

NAME: _____
ADDRESS: _____

Robert I. Carreon
UNITED STATES PROBATION OFFICER

[X] Approved     [ ] Disapproved

HON. JOAQUIN V.E. MANIBUSAN, Jr.
U.S. Magistrate Judge
Date: July 17, 2006

RECEIVED
JUL 11 2006
DISTRICT COURT OF GUAM
HAGATNA, GUAM

Case 1:00-cr-00140   Document 59   Filed 07/17/2006   Page 1 of 1

ORIGINAL