

**FILED**
DISTRICT COURT OF GUAM

AUG -2 2006

MARY L.M. MORAN
CLERK OF COURT

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF GUAM

| | |
|---|---|
| United States of America,<br>　　　Plaintiff,<br><br>　　　vs.<br><br>STEPHEN P. ROBERTO,<br>　　　Defendant. | CRIMINAL CASE NO. 00-00140-001<br><br>~~AMENDED~~ TRAVEL REQUEST |

　　　On July 17, 2006, Stephen P. Roberto was approved to travel to Japan to participate in the 2006 All Japan Brazilian Jiu-jitsu Championships and conference. According to Mr. Roberto, participating in the tournament and conference will add to his credibility as a professional mixed martial arts fighter and instructor. His requested travel dates were from August 9, 2006 to August 17, 2006. However, due to an adjustment in his travel arrangements, Mr. Roberto's return date has been changed to August 22, 2006.

**Supervision Compliance:** Mr. Roberto is gainfully employed as a co-owner of the Purebred Shooto Gym. All drug tests conducted since resuming supervised release on June 5, 2006 have been negative. He paid his $100 special assessment fee on May 27, 2004, and $4,000 fine on June 9, 2004.

**Recommendation:** In light of Mr. Roberto's present compliance status with his supervised release conditions, this Officer supports the request to amend his return date and seeks Court approval.

　　　Executed this 31st day of July 2006 at Hagatna, Guam.

Respectfully submitted,

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

By: _JUDY ANNE L. CAMPO_
JUDY ANNE L. CAMPO
U.S. Probation Officer

Reviewed by:
FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

cc:　File

**ORIGINAL**