| PROB 37 (Rev. 7/71) | UNITED STATES DISTRICT COURT<br>FEDERAL PROBATION SYSTEM<br><br>**PERMISSION TO TRAVEL** | ADDRESS OF PROBATION OFFICE<br><br>U.S. PROBATION OFFICE<br>2nd Floor, U.S. Courthouse<br>520 West Soledad Avenue<br>Hagatna, Guam 96910 |
|---|---|---|



Stephen P. Roberto
USDC Cr. Cs. No. 00-00140-001
SSN: XX-XXX-8853
DOB: XX-XX-1974
HT: 5'11" / WT: 195 lbs.

DATE    July 31, 2006

YOU ARE AUTHORIZED TO TRAVEL TO    Japan

LEAVING    August 9, 2006    AND RETURNING    August 22, 2006

WITHIN 24 HOURS AFTER YOUR RETURN YOU WILL CONTACT THIS OFFICE.

**FILED**
DISTRICT COURT OF GUAM
AUG -7 2006
MARY L.M. MORAN
CLERK OF COURT

PURPOSE OF THIS TRIP:

**Represent Guam in a martial arts tournament and conference.**

SPECIAL INSTRUCTIONS:    (INCLUDE REQUIREMENT OF CRIMINAL REGISTRATION ORDINANCES IN TRAVEL AREA. ALSO INCLUDE INSTRUCTIONS FOR REPORTING IN DESTINATION DISTRICT.)

1. Upon your arrival on Guam and on the first working day available, report in person to the U.S. District Court of Guam to check-in with the U.S. Probation Office. Urinalysis will be conducted.

2. Immediately report any change in your travel plans to the U.S. Probation Office.

COPY MAILED TO CHIEF PROBATION OFFICER IN
DISTRICT OF DESTINATION:

_Judy Anne L. Ocampo_
UNITED STATES PROBATION OFFICER

[X] Approved    [ ] Disapproved

NAME: _____

ADDRESS: _____

**RECEIVED**
AUG - 2 2006
DISTRICT COURT OF GUAM
HAGATNA, GUAM

HON. JOAQUIN V.E. MANIBUSAN, Jr.
U.S. Magistrate Judge
Dated: August 7, 2006

**ORIGINAL**