
FILED
DISTRICT COURT OF GUAM
NOV 15 2006
MARY L.M. MORAN
CLERK OF COURT

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 00-00140-001 |
| Plaintiff, ) | |
| vs. ) | **REQUEST TO TRAVEL** |
| STEPHEN PANGELINAN ROBERTO, ) | |
| Defendant. ) | |

Stephen Pangelinan Roberto was sentenced on May 27, 2004, by the Honorable Dean D. Pregerson for Manufacture of Marijuana, in violation of 21 U.S.C. § 841(a)(1). He received a sentence of one month imprisonment, followed by four years supervised release. Conditions of supervised release include that he not commit another federal, state, or local crime; not unlawfully possess a controlled substance; refrain from any unlawful use of a controlled substance; submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter; not possess a firearm, ammunition, destructive device, or any other dangerous weapon; comply with the standard conditions of supervision; serve five months of home confinement; refrain from the use of any and all alcoholic beverages; participate in a program approved by the U.S. Probation Office for the treatment of narcotic addiction or drug or alcohol dependency, which will include testing for the detection of substance use or abuse; maintain gainful employment; pay a $4,000 fine; and pay a $100 special assessment fee.

Mr. Roberto has requested to travel to Manila, Republic of the Philippines, to accompany and coach students from his Pure Bred Jiu Jitsu Academy in a mixed martial arts tournament on December 16, 2006. In addition, he will purchase items for his January 2007 wedding reception. Mr. Roberto plans to depart Guam on December 14, 2006 and return on December 19, 2006.

ORIGINAL

Request to Travel
Re: ROBERTO, Stephen Pangelinan
USDC Cr. Cs. No. 00-00140-001
November 6, 2006
Page 2

Mr. Roberto is gainfully employed as the owner of the Purebred Jiu Jitsu Academy. His drug treatment condition was suspended on June 5, 2006. In addition, Mr. Roberto has tested consistently negative on drug and alcohol tests conducted. He paid his $100 special assessment fee on May 27, 2004 and $4,000 fine on June 9, 2004. Furthermore, he voluntarily submitted to a DNA sample of his blood on September 13, 2006. On August 7, 2006, the Court allowed similar travel to Japan, and Mr. Roberto returned without incident. This Officer supports the travel request and seeks Court approval.

Respectfully Submitted,

FRANK MICHAEL CRUZ
Chief U. S. Probation Officer

By: _____
JOHN W. SAN NICOLAS II
U.S. Probation Officer

Reviewed by:

_____
ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

cc: File