| | | |
|---|---|---|
| PROB 37 (Rev. 7/71) | UNITED STATES DISTRICT COURT<br>FEDERAL PROBATION SYSTEM<br><br>**PERMISSION TO TRAVEL** | ADDRESS OF PROBATION OFFICE<br><br>U.S. PROBATION OFFICE<br>2nd Floor, U.S. District Courthouse<br>520 West Soledad Avenue<br>Hagatna, Guam 96910<br>Tel: (671) 473-9201 |



Stephen P. Roberto
USDC Cr.Cs.#00-00140-001
SS# XXX-XX-8853
DOB: XX-XX-1974
HT: 5 ft 10 in
WT: 205 lbs

DATE  November 2, 2006

**FILED**
DISTRICT COURT OF GUAM
NOV 17 2006
MARY L.M. MORAN
CLERK OF COURT

YOU ARE AUTHORIZED TO TRAVEL TO   Manila, Republic of the Philippines

LEAVING   December 14, 2006   AND RETURNING   December 19, 2006

WITHIN 24 HOURS AFTER YOUR RETURN YOU WILL CONTACT THIS OFFICE.

PURPOSE OF THIS TRIP:

Attend a mixed martial arts tournament on December 16, 2006, and purchase items for his wedding.

SPECIAL INSTRUCTIONS:   (INCLUDE REQUIREMENT OF CRIMINAL REGISTRATION ORDINANCES IN TRAVEL AREA. ALSO INCLUDE INSTRUCTIONS FOR REPORTING IN DESTINATION DISTRICT.)

1. You shall abide by your conditions of supervised release while in Manila, Philippines;
2. You shall call your probation officer as soon as you are aware of the need to remain away from Guam for a longer period than authorized;
3. You shall call your probation officer if you change accommodation/location; and
4. You shall call your probation officer within 24 hours upon your return to Guam.

COPY MAILED TO CHIEF PROBATION OFFICER IN DISTRICT OF DESTINATION:

John W. San Nicolas II
UNITED STATES PROBATION OFFICER

☑ APPROVED   ☐ DISAPPROVED

NAME   N/A
ADDRESS

HON. FRANCES TYDINGCO-GATEWOOD
Chief Judge
District of Guam

DATE:   11-7-06

RECEIVED
NOV 15 2006
DISTRICT COURT OF GUAM
HAGATNA, GUAM

ORIGINAL