| PROB 37 (3/07) | UNITED STATES DISTRICT COURT<br>FEDERAL PROBATION SYSTEM<br><br>**PERMISSION TO TRAVEL** | ADDRESS OF PROBATION OFFICE<br><br>U.S. PROBATION OFFICE<br>2nd Floor U.S. Courthouse<br>520 West Soledad Avenue<br>Hagåtña, Guam 96910<br>Tel: (671) 473-9201<br>Fax: (671) 473-9202 |
|---|---|---|

**Stephen P. Roberto**
USDC Cr.Cs.#00-00140-001
SS# XXX-XX-8853
DOB: XX-XX-1974
HT: 5 ft 10 in
WT: 205 lbs



DATE: April 20, 2007

YOU ARE AUTHORIZED TO TRAVEL TO: **Manila, Republic of the Philippines**

FROM **May 10, 2007** AND RETURNING **May 15, 2007**

WITHIN 24 HOURS AFTER YOUR RETURN YOU WILL CONTACT THIS OFFICE.

PURPOSE OF THIS TRIP:

**Represent Guam at the Pan Asia International Jiu-Jitsu Open and Pan Asia International Grappling Challenge.**

SPECIAL INSTRUCTIONS: (INCLUDE REQUIREMENT OF CRIMINAL REGISTRATION ORDINANCES IN TRAVEL AREA. ALSO INCLUDE INSTRUCTIONS FOR REPORTING IN DESTINATION DISTRICT.)

1. **You shall abide by your conditions of probation while in Manila, Republic of the Philippines.**

2. **You shall call your probation officer as soon as you are aware of the need to remain away from Guam for a longer period than authorized;**

3. **You shall call your probation officer if you change accommodation/location; and**

4. **You shall call your probation officer within 24 hours upon your return to Guam.**

COPY MAILED TO CHIEF PROBATION OFFICER IN
DISTRICT OF DESTINATION:



/s/ JOHN W. SAN NICOLAS II
UNITED STATES PROBATION OFFICER

NAME    N/A
ADDRESS

[X] APPROVED    [ ] DISAPPROVED



/s/ Frances M. Tydingco-Gatewood
  Chief Judge
Dated: Apr 23, 2007