# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 00-00140-001 |
| Plaintiff, | ) | |
| | ) | **REQUEST TO TRAVEL** |
| vs. | ) | |
| STEPHEN PANGELINAN ROBERTO, | ) | |
| Defendant. | ) | |

      Stephen Pangelinan Roberto was sentenced on May 27, 2004, by the Honorable Dean D. Pregerson for Manufacture of Marijuana, in violation of 21 U.S.C. § 841(a)(1). He received a sentence of one month imprisonment, followed by four years supervised release. Conditions of supervised release include that he not commit another federal, state, or local crime; not unlawfully possess a controlled substance; refrain from any unlawful use of a controlled substance; submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter; not possess a firearm, ammunition, destructive device, or any other dangerous weapon; comply with the standard conditions of supervision; serve five months of home confinement; refrain from the use of any and all alcoholic beverages; participate in a program approved by the U.S. Probation Office for the treatment of narcotic addiction or drug or alcohol dependency, which will include testing for the detection of substance use or abuse; maintain gainful employment; pay a $4,000 fine; and pay a $100 special assessment fee.

      Mr. Roberto has requested to travel to Manila, Republic of the Philippines for a medical referral appointment on March 10, 2008 with St. Luke's Medical Center. Mr. Roberto plans to depart Guam on March 9, 2008 and return on March 12, 2008.

Request to Travel
Re:     ROBERTO, Stephen Pangelinan
Criminal Case No. 00-00140-001
March 5, 2008
Page 2

      Mr. Roberto is self-employed.  His drug treatment condition was suspended and home confinement requirement was removed by the Court on June 5, 2006.  In addition, he has tested negative on all drug and alcohol tests conducted.  Mr. Roberto paid his $100 special assessment fee on May 27, 2004, and $4,000 fine on June 9, 2004.  Furthermore, he voluntarily submitted to a DNA sample of his blood on September 13, 2006.  The Court has allowed Mr. Roberto to travel in the past, and Mr. Roberto returned without incident.  This Officer supports the travel request and seeks Court approval.

      Respectfully submitted,

      ROSSANNA VILLAGOMEZ-AGUON
      Chief U.S. Probation Officer

By:   /s/ JOHN W. SAN NICOLAS II
      U.S. Probation Officer

Reviewed by:

 /s/ CARMEN D. O'MALLAN
U.S. Probation Officer Specialist
Supervision Unit Leader

cc:     File

| PROB 37 (3/07) | UNITED STATES DISTRICT COURT<br>FEDERAL PROBATION SYSTEM<br>**PERMISSION TO TRAVEL** | ADDRESS OF PROBATION OFFICE<br>U.S. PROBATION OFFICE<br>2nd Floor U.S. Courthouse<br>520 West Soledad Avenue<br>Hagåtña, Guam 96910<br>Tel: (671) 473-9201<br>Fax: (671) 473-9202 |
|---|---|---|

**Stephen P. Roberto**
Criminal Case No. 00-00140-001
SS# XXX-XX-8853
DOB: XX-XX-1974
HT: 5 ft 10 in
WT: 205 lbs



DATE: March 5, 2008

YOU ARE AUTHORIZED TO TRAVEL TO: **Manila, Republic of the Philippines**

FROM **March 9, 2008** AND RETURNING **March 12, 2008**

WITHIN 24 HOURS AFTER YOUR RETURN YOU WILL CONTACT THIS OFFICE.

PURPOSE OF THIS TRIP:

**Medical referral appointment at St. Luke's Hospital, Quezon City, Philippines.**

SPECIAL INSTRUCTIONS: (INCLUDE REQUIREMENT OF CRIMINAL REGISTRATION ORDINANCES IN TRAVEL AREA. ALSO INCLUDE INSTRUCTIONS FOR REPORTING IN DESTINATION DISTRICT.)

1. **You shall abide by your conditions of probation while in Manila, Republic of the Philippines.**
2. **You shall call your probation officer as soon as you are aware of the need to remain away from Guam for a longer period than authorized;**
3. **You shall call your probation officer if you change accommodation/location; and**
4. **You shall call your probation officer within 24 hours upon your return to Guam.**

COPY MAILED TO CHIEF PROBATION OFFICER IN
DISTRICT OF DESTINATION:

/s/ JOHN W. SAN NICOLAS II
UNITED STATES PROBATION OFFICER

NAME  N/A
ADDRESS

☐ APPROVED  ☐ DISAPPROVED