| PROB 37 (3/07) | UNITED STATES DISTRICT COURT<br>FEDERAL PROBATION SYSTEM<br>**PERMISSION TO TRAVEL** | ADDRESS OF PROBATION OFFICE<br><br>U.S. PROBATION OFFICE<br>2nd Floor U.S. Courthouse<br>520 West Soledad Avenue<br>Hagåtña, Guam 96910<br>Tel: (671) 473-9201<br>Fax: (671) 473-9202 |
|---|---|---|

**Stephen P. Roberto**
Criminal Case No. 00-00140-001
SS# XXX-XX-8853
DOB: XX-XX-1974
HT: 5 ft 10 in
WT: 205 lbs



DATE: March 5, 2008

YOU ARE AUTHORIZED TO TRAVEL TO: **Manila, Republic of the Philippines**

FROM **March 9, 2008** AND RETURNING **March 12, 2008**

WITHIN 24 HOURS AFTER YOUR RETURN YOU WILL CONTACT THIS OFFICE.

PURPOSE OF THIS TRIP:

**Medical referral appointment at St. Luke's Hospital, Quezon City, Philippines.**

SPECIAL INSTRUCTIONS: (INCLUDE REQUIREMENT OF CRIMINAL REGISTRATION ORDINANCES IN TRAVEL AREA. ALSO INCLUDE INSTRUCTIONS FOR REPORTING IN DESTINATION DISTRICT.)

1. **You shall abide by your conditions of probation while in Manila, Republic of the Philippines.**

2. **You shall call your probation officer as soon as you are aware of the need to remain away from Guam for a longer period than authorized;**

3. **You shall call your probation officer if you change accommodation/location; and**

4. **You shall call your probation officer within 24 hours upon your return to Guam.**

COPY MAILED TO CHIEF PROBATION OFFICER IN DISTRICT OF DESTINATION:

/s/ JOHN W. SAN NICOLAS II
UNITED STATES PROBATION OFFICER

NAME N/A
ADDRESS

[X] APPROVED   [ ] DISAPPROVED



/s/ Frances M. Tydingco-Gatewood
Chief Judge
Dated: Mar 05, 2008

Case 1:00-cr-00140   Document 72   Filed 03/05/2008   Page 1 of 1