PROB 34
(3/07)

**Report and Order Terminating Probation/Supervised Release**

# UNITED STATES DISTRICT COURT

FOR THE

District of Guam

UNITED STATES OF AMERICA

v.

STEPHEN PANGELINAN ROBERTO

CRIMINAL CASE NO. 00-00140-001

 It appearing that the above named has complied with the conditions of supervised release imposed by the order of the Court heretofore made and entered in this case and that the period of supervised release expired on **May 26, 2008**, I therefore recommend that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

                Respectfully submitted,

                ROSSANNA VILLAGOMEZ-AGUON
                Chief U.S. Probation Officer

By:  /s/ JOHN W. SAN NICOLAS II
                 U.S. Probation Officer

Reviewed by:

 /s/ CARMEN D. O'MALLAN
U.S. Probation Officer Specialist

cc: AUSA
  Defense Counsel
  File

## *ORDER OF COURT*

 Pursuant to the above report, it is ordered that the defendant be discharged from supervised release and that the proceedings in the case be terminated.



**/s/ Frances M. Tydingco-Gatewood
Chief Judge
Dated: Jun 13, 2008**